UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION and ALBION LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL TODD EDWARDS and MIL AGRO, INC., <br><br> Defendants. | **Civil Action No.: 7:18-CV-02677-KMK** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Charles J. Veverka, a member in good standing of the Bar of the State of Utah, hereby move for an Order allowing the admission *pro hac vice* of Charles J. Veverka, Esq. as counsel for defendants Daniel Todd Edwards and Mil Agro, Inc. in the above-captioned action.

    Applicant's Name: Charles J. Veverka, Esq.
    Firm Name: Maschoff Brennan PLLC
    Address: 1389 Center Drive, Suite 300
    City/State/Zip: Park City, Utah 84098
    Telephone: (435) 252-1360
    Fax: (435) 252-1361
    E-mail: cveverka@mabr.com

Mr. Veverka is a member in good standing of the Bar of the State of Utah, and there are no pending disciplinary proceedings against him in any state or federal court.

Dated: May 30, 2018                    By: /s/ *Charles J. Veverka*
                                                    Charles J. Veverka
                                                    MASCHOFF BRENNAN
                                                    1389 Center Drive, Suite 300
                                                    Park City, Utah 84098
                                                    Telephone: (435) 252-1360

*Attorney for Defendants Mil Agro, Inc., and Daniel Todd Edwards*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION and ALBION LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL TODD EDWARDS and MIL AGRO, INC., <br><br> Defendants. | ECF CASE <br><br> 7:18-CV-02677 (KMK) <br><br> **DECLARATION OF CHARLES J. VEVERKA IN SUPPORT OF MOTION TO ADMIT <u>COUNSEL *PRO HAC VICE*</u>** |

CHARLES J. VEVERKA, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am an attorney admitted to the Bar of the State of Utah and a member of the law firm Maschoff Brennan PLLC, counsel for defendants Daniel Todd Edwards and Mil Agro, Inc. in the above-captioned action.

2. I submit this declaration in support of defendants' motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order allowing the admission *pro hac vice* of Charles J. Veverka, Esq. as counsel for defendants in the above-captioned action.

3. I am a member in good standing of the Bar of the State of Utah (A true and correct copy of the Supreme Court of the State of Utah's Certificate of Good Standing, is annexed hereto as Exhibit 1.).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. For the Court's convenience, a proposed form of Order allowing the admission *pro hac vice* of Charles J. Veverka is being submitted herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 30, 2018                           By: /s/  *Charles J. Veverka*
                                                                               Charles J. Veverka

# EXHIBIT 1



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA  } ss.
STATE OF UTAH

I, __Nicole Gray__, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered, __C. J. Veverka, #7110__ was admitted to practice as an Attorney and Counselor at Law in all of the courts of the State of Utah on the __14th__ day of __July__, __1995__

I further certify that this attorney is now, and at all time since admission has been, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said court this



__29th__ day of __May__, A.D. __2018__

_Nicole Gray_
Clerk