UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION and ALBION LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL TODD EDWARDS and MIL AGRO, INC., <br><br> Defendants. | ECF CASE <br><br> 7:18-CV-02677 (KMK) <br><br> [PROPOSED] <br> ORDER FOR ADMISSION <br> *PRO HAC VICE* |

Upon the motion of Charles J. Veverka, Esq., counsel to defendants Daniel Todd Edwards and Mil Agro Inc., in the above-captioned case, for the admission *pro hac vice* of Charles J. Veverka, Esq. in the above-captioned case, and the declaration of the same in support;

IT IS HEREBY ORDERED that

Applicant's Name: Charles J. Veverka, Esq.
Firm Name: Maschoff Brennan PLLC
Address: 1389 Center Drive, Suite 300
City/State/Zip: Park City, Utah 84098
Telephone: (435) 252-1360
Fax: (435) 252-1361
E-mail: cvevera@mabr.com

is admitted to practice *pro hac vice* as counsel for defendants Daniel Todd Edwards and Mil Agro Inc., in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge