UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION and<br>ALBION LABORATORIES, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL TODD EDWARDS and<br>MIL AGRO, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 7:18-cv-02677-KMK<br>:<br>:<br>:<br>:<br>:<br>: |

**PLEASE TAKE NOTICE THAT** Ralph Carter of the law firm Duane Morris LLP hereby appears as counsel on behalf of Plaintiffs Balchem Corporation and Albion Laboratories, Inc. in the above-captioned action and requests that all papers in connection with the matter be served upon the undersigned at the address listed below.

Dated:   New York, New York
         June 28, 2018

                                        DUANE MORRIS LLP


                                        By: /s/ Ralph Carter
                                              Ralph Carter
                                        1540 Broadway
                                        New York, New York 10036
                                        Phone: (212) 692-1000
                                        Email: rcarter@duanemorris.com

                                              Michael R. Gottfried
Gregory S. Bombard
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110
(857) 488- 4200 (phone)
(857) 488-4201 (fax)
mrgottfried@duanemorris.com
gbombard@duanemorris.com

*Attorneys for Plaintiffs*

TO (via ECF): Larry R. Laycock, Esq.
Maschoff Brennan Laycock
201 S. Main Street, Suite 600
Salt Lake City, Utah 84111
(435) 252-1360 (phone)
llaycock@mabr.com

*Attorney for Defendants*