UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION and ALBION LABORATORIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL TODD EDWARDS and MIL AGRO, INC.,<br><br>Defendants. | Civil Action No.: 7:18-CV-02677-KMK-JCM |

**DEFENDANTS' MOTION TO FILE UNDER SEAL**

Defendants move for leave to file unredacted versions of Defendants' Motion for Summary Judgment on: 1) Trade Secret Claims; 2) Breach of Contract Claims; 3) Fraudulent Inducement Claims; and 4) False Advertising Claims ("Defendants' Motion".)

A redacted version of Defendants' Motion was filed via ECF on December 20, 2019 (ECF No. 174.) This motion contains deposition testimony, excerpts from expert reports, other information Plaintiffs consider to be trade secrets, and other highly confidential information. Pursuant to Section 14 of the Protective Order (ECF No. 52), Defendants seek leave to file the unredacted copies of the above listed documents, and their exhibits, under seal in order to preserve the confidentiality of the information contained therein.

Accordingly, the Defendants respectfully request leave to file the above referenced document (ECF No. 174) under seal.

Dated: December 20, 2019

DANIEL TODD EDWARDS and MIL AGRO, INC

By: /s/ *C.J. Veverka*
C.J. Veverka
Michael J. Howell
Michael A. Manookin
Alexis K. Juergens
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (435) 252-1360
Facsimile: (435) 252-1361

Granted.
So Ordered.
[signature KMK]
1/7/20