UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALCHEM CORPORATION and
ALBION LABORATORIES, INC.

      Plaintiffs,

v.

DANIEL TODD EDWARDS and
MIL AGRO, INC.,

      Defendants.

CIVIL ACTION NO. 7:18-cv-02677-KMK-JCM

## [~~PROPOSED~~] ORDER GRANTING MOTION TO FILE UNDER SEAL

Having considered the Motion to File Under Seal, and good cause appearing therefore, Plaintiffs may file Plaintiffs' Sur-Reply to Defendants' Motion for Summary Judgment (ECF No. 190) under seal.

These documents shall remain sealed until further order of the Court or until the conclusion of this litigation, at which time the clerk's office will return the sealed documents to Plaintiffs' counsel of record.

IT IS SO ORDERED.

DATED: 4/3/20

The Honorable Kenneth M. Karas
United States District Court Judge

4

DM2\12481721.1