UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>DANIEL TODD EDWARDS, *et al.*,<br><br>                      Defendants. | 18-CV-2677 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

      Please take notice that the above captioned action has been scheduled for oral argument on the pending Motion For Summary Judgment, (Dkt. No. 174), before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, June 2, 2021 at 2:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: The Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195. Please enter the conference as a guest by pressing the pound sign(#). Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: May 11, 2021
       White Plains, New York

                                                                   SO ORDERED.

                                                   _____
                                                   KENNETH M. KARAS
                                                   United States District Judge