UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALCHEM CORPORATION, *et al.*,

                Plaintiffs,

-v-

DANIEL TODD EDWARDS, *et al.*,

                Defendants.

No. 18-CV-2677 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons explained on the record at Oral Argument on June 2, 2021, Defendants' Motion For Summary Judgment, (Dkt. No. 174), is granted insofar as it relates to the following claims: (1) Plaintiffs' claim that Defendants misappropriated Plaintiffs' trade secret of one of their customers, as discussed at Oral Argument; and (2) Plaintiffs' claim that Defendants violated the Lanham Act by advertising a particular aspect of their products, as discussed at Oral Argument. Otherwise, Defendants' Motion is denied, provided that Plaintiffs submit a translation of Exhibit 70 by June 16, 2021. Plaintiffs may file this exhibit under seal.

For the reasons explained on the record at Oral Argument on June 2, 2021, Plaintiffs' Motion To Amend, (Dkt. No. 123), is denied insofar as Plaintiffs seek to base their claim on Edwards's knowledge of information that was public or derivative of public information. Otherwise, Plaintiffs' Motion is granted. Plaintiffs must submit their Second Amended Complaint by June 16, 2021.

The Clerk of Court is respectfully directed to terminate the pending Motions. (Dkt. Nos. 123, 135, 163, 164, 174, 184, 193.)

SO ORDERED.

Dated: June 3, 2021
      White Plains, New York

                                              KENNETH M. KARAS
                                            United States District Judge