UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALCHEM CORPORATION and ALBION LABORATORIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL TODD EDWARDS and MIL AGRO, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 7:18-cv-02677-<br>:   KMK-JCM<br>:<br>:<br>:<br>:<br>: |

## [~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL

Having considered the Motion to Seal the original, un-redacted Transcript of the June 2, 2021 Motion for Summary Judgment Hearing ("Transcript"), and good cause appearing therefore, the Court Orders that the original, un-redacted Transcript of the June 2, 2021 Motion for Summary Judgment Hearing be sealed.

The Transcript shall remain sealed until further order of the Court.
The Clerk of the Court is respectfully requested to terminate the pending Motion. (Dkt. No. 200.)

IT IS SO ORDERED.

DATED: __6/22/21_____          _____
                                     The Honorable Kenneth M. Karas
                                     United States Judge

DM2\14250278.1

4