

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MICHAEL R. GOTTFRIED | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 857 488 4212 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 857 401 3030 | LAS VEGAS |
| LOS ANGELES | E-MAIL: MRGottfried@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

August 4, 2021

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    *Balchem Corporation v. Edwards*, No. 7:18-CV-2677-KMK

Dear Judge Karas:

    We write to confirm Plaintiffs' compliance with the Court's June 2, 2021 Order to provide proposed redactions to the June 2, 2021 hearing transcript (the "Transcript"). Plaintiffs have provided their proposed redactions to the court reporter.

    On June 2, 2021, the parties appeared telephonically to argue Defendants' Motion for Summary Judgment and Plaintiffs' Motion to Amend. At the June 2 hearing, Plaintiffs' counsel requested the Court's leave to provide redactions to the Transcript, and the Court ordered the parties to provide proposed redactions to the transcript within two weeks of receipt.

    On June 3, 2021, the Court entered a minute order confirming that the parties were to provide redactions within two weeks of receipt of the Transcript. On June 7, 2021, Plaintiffs filed an unopposed motion to seal the original (un-redacted) hearing transcript (ECF No. 200). On June 22, 2021, the Court granted Plaintiffs' motion to seal (ECF No. 203).

    On July 20, 2021, Defendants received the full Transcript. On July 30, 2021, Plaintiffs provided their proposed redactions to the Transcript to the court reporter. The court reporter confirmed that Defendants had not provided any proposed redactions or ordered a copy of the Transcript. On August 2, 2021, Plaintiffs' counsel provided a copy of the Transcript with



The Honorable Kenneth M. Karas
August 4, 2021
Page 2

Plaintiffs' proposed redactions to Defendants' counsel and requested that Defendants provide any additional redactions by August 3, 2021 at 12:00 p.m. EDT.

     As of this filing, Defendants' counsel have not responded to that request. Plaintiffs have provided their proposed redactions to the Transcript as required by the Court, and Defendants have not provided any additional redactions or objections to Plaintiffs' proposed redactions. Plaintiffs therefore respectfully request that the Court order the court reporter to file the redacted copy of the Transcript Plaintiffs submitted to the court reporter on July 30, 2021 and that the original, un-redacted copy of the Transcript remain under seal.

                    Respectfully submitted,

                    /s/ Michael R. Gottfried
                    Michael R. Gottfried

cc:    Counsel of record (via ECF)

Granted.
8/13/21

SO ORDERED

KENNETH M. KARAS U.S.D.J.