UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALCHEM CORPORATION and ALBION
LABORATORIES, INC.,

                    Plaintiffs,

          v.                                          **Civil Action No.: 7:18-CV-02677-KMK**

DANIEL TODD EDWARDS and MIL
AGRO, INC.,

                    Defendants.

## <u>[PROPOSED] NOTICE OF WITHDRAWAL OF COUNSEL</u>

To the Court and all parties of record:

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United

States District Courts for the Southern and Eastern Districts of New York, I, Michael Howell

hereby withdraw as counsel of record for defendants Daniel Todd Edwards and Mil Agro, Inc.

Defendants will continue to be represented by the law firm of MASCHOFF BRENNAN.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance

be removed from the docket.

Dated:  August 30, 2021                    By:  /s/  *Michael Howell*

                                            C.J. Veverka (*admitted pro hac vice*)

                                            Michael J. Howell (*admitted pro hac vice*)

                                            Michael Manookin (*admitted pro hac vice*)

                                            Alexis K. Juergens (*admitted pro hac vice*)

                                            MASCHOFF BRENNAN

                                            111 South Main Street, Suite 600

                                            Salt Lake City, Utah  84111

                                            Telephone: (435) 252-1360

IT IS SO ORDERED

Dated: _____                    _____

                                            Hon. Kenneth M. Karas

                                            United States District Judge